McGREGOR W. SCOTT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00145 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER THEREON |
| v. | |
| REYNALDO VILLALOBOS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel Katherine E. Schuh, and defendant, by and through defendant's counsel Peggy Sasso, hereby stipulate to continue the preliminary hearing previously set in this matter for Wednesday, August 14, 2019. By this stipulation, the parties now move to continue the preliminary hearing to Thursday, August 22, 2019.

///

///

///

///

///

///

///

///

1

IT IS SO STIPULATED.

Dated: August 8, 2019             McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ KATHERINE E. SCHUH
                                  KATHERINE E. SCHUH
                                  Assistant United States Attorney

Dated: August 8, 2019             /s/ PEGGY SASSO
                                  PEGGY SASSO
                                  Counsel for Defendant
                                  REYNALDO VILLALOBOS

**ORDER**

Pursuant to the parties' stipulation, the Preliminary Examination Hearing currently set for August 14, 2019, is continued to Thursday, August 22, 2019, at 2:00 pm before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **August 9, 2019**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE