HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
REYNALDO VILLALOBOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19-cr-00172 DAD-BAM |
|---|---|
| *Plaintiff,* | **SEALING ORDER** |
| vs. | |
| REYNALDO VILLALOBOS, | |
| *Defendant.* | JUDGE: Dale A. Drozd |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Villalobos' Sentencing Memorandum, with the exception of section I, and Exhibits A through H in this case shall be filed ***under seal*** until further order of the court as they contain confidential information concerning court proceedings involving minor children as well as confidential medical records.

IT IS SO ORDERED.

Dated: **October 31, 2019**

_____
UNITED STATES DISTRICT JUDGE