IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>REYNALDO VILLALOBOS,<br>                Defendant. | CASE NO. 1:19-CR-00172 DAD-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On December 19, 2019, the Honorable Gerald F. Sevier, Superior Court Judge for the State of California, County of Tulare, requested that the body of the above-named defendant be produced in Department 12 of the Tulare County Superior Court, Visalia Division for grand jury proceedings. The defendant's appearance before Department 12 of the Tulare County Superior Court, Visalia Division is necessary on Monday, January 13, 2020 at 8:30 a.m. The defendant is currently in the custody of the United States Marshal, housed at the Kern County Jail, awaiting transfer to the Bureau of Prisons to serve his sentence imposed by this Court on November 6, 2019 in the above-entitled action. It appearing that the defendant's presence is needed for a hearing in the state action:

IT IS HEREBY ORDERED that deputies of the Tulare County Sheriff's Office or their designee may produce the defendant in Tulare County Superior Court on January 13, 2020 for purposes of his presence at the grand jury proceedings, but shall return him to the custody of the United States Marshal Service in the physical custody of Kern County Jail immediately after the proceeding has concluded on January 13, 2020.

IT IS SO ORDERED.

Dated: **December 30, 2019**

                                                               UNITED STATES DISTRICT JUDGE